# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-50713

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Maria D. Woodard<br>        Debtor.<br><br>Maria Woodard,<br>        Plaintiff,<br>vs.<br>Bank United, FSB, Bank United, Lender Processing Systems, Michael A. Bosco, Jr., Trustee and DOE INVESTORS 1-5000, Black Corporations I-IX and Black Partnerships I-IX,<br>        Defendants. | No. 2:10-bk-37187-GBN<br><br>AP No. 2:11-ap-00277-GBN<br><br>Chapter 7<br><br>DEFENDANTS MOTION TO CONTINUE TIME TO RESPOND TO COMPLAINT AND REQUEST FOR EXPEDITED HEARING |

    Bank United and Michael A. Bosco, Jr., Trustee ("Defendants") hereby requests that this Honorable Court continue the time that Defendants may respond to Movant's Complaint. Defendants request to extend the response time to March 18, 2011. A hearing on a related matter, Bank United vs. Maria Woodard Motion for Relief of Automatic Stay will be heard on March 10, 2011 at 1:15 PM and Defendant requests that Defendant's Motion to Continue will be heard at the same time.

DATED this 10th day of March, 2011.

                              TIFFANY & BOSCO, P.A.

                              By  /s/ LJM # 014228

                                  Mark S. Bosco
                                  Leonard J. McDonald
                                  2525 East Camelback Road
                                  Suite 300
                                  Phoenix, Arizona 85016
                                  Attorneys for Movant

COPY of the foregoing mailed this
10th day of March, 2011 to:

Maria D. Woodard
3032 S. Fairway Drive
Tempe, AZ  85282
Debtor

Douglas C. Rhoads
3844 North 32nd Street #1
Phoenix, Phoenix  85018
Attorney for Debtor

Constantino Flores
PO Box 511
Phoenix, AZ  85001
Trustee

Electronically submitted on this
10th day of March, 2011 to:

Douglas C. Rhoads
RhoadsAssoc@gmail.com
Attorney for Debtor


By: Amy Holly